FILED

06/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0237

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0237

MATTHEW "MATT" OLDS,

    Plaintiff/Appellee/Cross-Appellant,

v.

MARK HUELSKAMP,

    Defendant/Appellant.

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE
MEDIATION DEADLINE

    Appellant Mark Huelskamp ("Huelskamp") moved the Court, unopposed, for a 90-day extension of the deadline to complete the appellate alternative dispute resolution procedure. The current deadline is July 29, 2022. Huelskamp requested an extension to October 17, 2022. Good cause appearing therefore,

    IT IS HEREBY ORDERED that the deadline to complete the appellate alternative dispute resolution procedure is October 17, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 16 2022